```
 1  TONY WEST
    Assistant Attorney General
 2  DAVID J. KLINE
    Director
 3  Office of Immigration Litigation, District Court Section
    JOSHUA E. BRAUNSTEIN
 4  Assistant Director
    Office of Immigration Litigation, District Court Section
 5  ELIANIS N. PEREZ, PA 94061
    Trial Attorney
 6  Office of Immigration Litigation, District Court Section
            P.O. Box 868, Ben Franklin Station
 7          Washington, D.C. 20044
            Telephone: (202) 616-9124
 8          Facsimile: (202) 305-7000
            Email: elianis.perez@usdoj.gov
 9
    Attorneys for Respondents
10
11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
14
15  PATRICIA RUBIO, et al.,              )
                                         )  No. 10-cv-02455-DMR
16            Petitioner,                )
                                         )
17        v.                             )  STIPULATION TO EXTEND ANSWER
                                         )  DEADLINE; AND [PROPOSED] ORDER
18  HILLARY RODHAM CLINTON, U.S.         )
    Secretary of State, et al.,          )
19                                       )
              Respondents.               )
20  _____ )
21     Petitioners, by and through their attorney of record, and Respondents, by and through their
22  attorney of record, hereby stipulate, subject to approval of the Court, to extend the answer deadline
23  in the above-captioned case from August 6, 2010 to September 7, 2010.
24
25
26
27
28
```

| | | |
|---|---|---|
| 1 | Dated: August 3, 2010 | Respectfully submitted, |
| 2 | | TONY WEST<br>Assistant Attorney General |
| 3 | | |
| 4 | | DAVID J. KLINE<br>Director<br>Office of Immigration Litigation, |
| 5 | | District Court Section |
| 6 | | JOSHUA E. BRAUNSTEIN<br>Assistant Director |
| 7 | | Office of Immigration Litigation,<br>District Court Section |
| 8 | | |
| 9 | | /s/ Elianis N. Perez<br>ELIANIS N. PEREZ, PA 94061 |
| 10 | | Trial Attorney<br>Office of Immigration Litigation, |
| 11 | | District Court Section<br>Civil Division |
| 12 | | U.S. Department of Justice<br>P.O. Box 868, Ben Franklin Station |
| 13 | | Washington, D.C. 20044<br>Telephone: (202) 616-9124 |
| 14 | | Facsimile: (202) 305-7000<br>Email: elianis.perez@usdoj.gov |
| 15 | | |
| 16 | | Attorneys for Respondents |
| 17 | Dated: August 3, 2010 | /s/Mary Beth Kaufman<br>MARY BETH KAUFMAN, Esq. (SBN 228570) |
| 18 | | Law Offices of Stanton & Kaufman<br>400 Montgomery Street, Suite 810 |
| 19 | | San Francisco, CA 94104<br>mbkaufman@immlawsf.com |
| 20 | | |
| 21 | | Attorney for Petitioners |

1  TONY WEST
   Assistant Attorney General
2  DAVID J. KLINE
   Director
3  Office of Immigration Litigation, District Court Section
   JOSHUA E. BRAUNSTEIN
4  Assistant Director
   Office of Immigration Litigation, District Court Section
5  ELIANIS N. PEREZ, PA 94061
   Trial Attorney
6  Office of Immigration Litigation, District Court Section
        P.O. Box 868, Ben Franklin Station
7       Washington, D.C. 20044
        Telephone: (202) 616-9124
8       Facsimile: (202) 305-7000
        Email: elianis.perez@usdoj.gov
9
   Attorneys for Respondents
10

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

14

15 PATRICIA RUBIO, et al.,               )
                                         ) No. 10-cv-02455-DMR
16        Petitioner,                    )
                                         )
17        v.                             ) [PROPOSED] ORDER
                                         )
18 HILLARY RODHAM CLINTON, U.S.          )
   Secretary of State, et al.,           )
19                                       )
          Respondents.                   )
20 _____)

21    It is Hereby Ordered that the STIPULATION TO EXTEND ANSWER DEADLINE be
   GRANTED.
22
   DATE: AUGUST __3__, 2010.
23

24                                          _____
25                                          Donna M. Ryu
                                            United States Magistrate Judge
26

27

28

                                    3