TONY WEST
Assistant Attorney General
DAVID J. KLINE
Director
Office of Immigration Litigation, District Court Section
COLIN A. KISOR
Senior Litigation Counsel
Office of Immigration Litigation, District Court Section
ELIANIS N. PEREZ, PA 94061
Trial Attorney
Office of Immigration Litigation, District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 616-9124
    Facsimile: (202) 305-7000
    Email: elianis.perez@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA RUBIO, et al.,<br><br>    Petitioners,<br><br>    v.<br><br>HILLARY RODHAM CLINTON, U.S.<br>Secretary of State, et al.,<br><br>    Respondents. | No. 10-cv-02455 ~~DMR~~ JSW<br><br>~~[PROPOSED]~~ ORDER |

    It is Hereby Ordered that the STIPULATION TO EXTEND ANSWER DEADLINE be GRANTED. Respondents' Answer is now due on or before October 22, 2010.

DATE: SEPTEMBER __15__, 2010.

_____
~~Donna M. Ryu~~ Jeffrey S. White
United States ~~Magistrate~~ Judge

3