Mary Beth Kaufman, Esq. (SBN 228570)
Law Offices of Stanton & Kaufman
400 Montgomery Street, Suite 810
San Francisco, CA 94104
Phone: (415) 392-6161
Fax: (415) 392-2044
mbkaufman@immlawsf.com

Attorneys for Petitioners.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO, CALIFORNIA

|  |  |
|---|---|
| **PATRICIA RUBIO;** <br> **RAUL MARTINEZ-CARDENAS,** | No. 10-cv-02455-~~DMR~~ JSW |
| **Petitioners/Plaintiffs,** | **MOTION FOR VOLUNTARY DISMISSAL** |
| **vs.** | <u>Immigration Case, Administrative Procedure Act Case</u> |
| **HILLARY CLINTON, Secretary of State;** | |
| **RAYMOND MCGRATH, Consul** <br> **General, United States Embassy, Ciudad Juarez, Mexico;** | |
| **Respondents/Defendants.** | |

Petitioner, by and through his attorneys of record, hereby moves to voluntarily dismiss the above-entitled action in light of the fact that the Department of State/U.S. Consulate in Ciudad Juarez, Mexico has scheduled the petitioner for a new interview to reconsider Petitioner's eligibility to apply for a waiver of inadmissibility.

Dated: October 21, 2010                                Respectfully Submitted,

_____
Mary Beth Kaufman
Attorney for Petitioner

ORDER

Pursuant to Petitioner's motion, IT IS SO ORDERED.

Date:   October 28, 2010

_____
HON. DONNA M. RYU
United States Magistrate Judge

MOTION FOR VOLUNTARY DISMISSAL
*Rubio v. Clinton*
Page 2 of 2